UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number: 1:09cv624LG-RHW |
| ) | |
| $5,000 IN UNITED STATES CURRENCY | |
| and ONE 2006 MERCEDES-BENZ ) | |
| VIN WDDDJ75X96A065225 ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## FINAL JUDGMENT OF FORFEITURE

The United States of America (hereinafter referred to as "Government"), filed a Complaint for Forfeiture *in rem* in this matter on August 13, 2009;

$5,000 in United States Currency and one 2006 Mercedes Benz CL500, VIN WDDDJ75X96A065225 was seized by the Drug Enforcement Administration on or about March 25, 2009, pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Sections 881(a)(4) and 881(a)(6);

The Government and Claimants, by and through Claimants' attorney, Melvin G. Cooper, have reached a settlement of this forfeiture action;

A Consent Decree of Forfeiture was entered in this matter on January 3, 2011 between the Government and the Claimants;

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED;

Claimants will withdraw their claims to the seized currency and the 2006 Mercedes Benz CL500, VIN WDDDJ75X96A065225;

$5,000 in United States Currency seized from Jarvis Dumario Johnson and $7,500, in lieu of the complete forfeiture of the 2006 Mercedes Benz CL 500, VIN WDDDJ75X96A065225 seized from Jeremy Shawn Platt, will be forfeited to the Government pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Sections 881(a)(4) and 881(a)(6)

The Drug Enforcement Administration will release to Claimant Jeremy Shawn Platt the 2006 Mercedes Benz CL500, VIN WDDDJ75X96A065225 in lieu of $7,500.00.

Claimants waive any claims to attorney's fees, interests or any other relief not specifically provided for in the Consent Decree of Forfeiture filed in this matter;

The Consent Decree of Forfeiture does hereby establish, acknowledge, or validate any claims of ownership over the seized currency and the 2006 Mercedes Benz CL 500, VIN WDDDJ75X96A065225 by any party at the time of its seizure.  Claimants represented in the Consent Decree of Forfeiture that they know of no other parties with a valid claim to the seized currency and the 2006 Mercedes Benz CL 500, VIN WDDDJ75X96A065225;

IT IS HEREBY ORDERED AND ADJUDGED that a full and complete settlement of all pending claims and issues have been made a part of the official record in this case.

**SO ORDERED AND ADJUDGED** this the 3rd day of January, 2011.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge